Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 6128 | **DATE** | 2/26/2002 |
| **CASE TITLE** | MIDWEST COMM SVC vs. AMERICAN UNITED LIFE INSURANCE CO | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Fairness hearing held. Court approves settlement. All matters in controversy having been resolved, this action is hereby dismissed in its entirety.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

✓ No notices required, advised in open court.
☐ No notices required. *number of notices*
☐ Notices mailed by judge's staff.
☐ Notified counsel by telephone. *date docketed* FEB 27 2002
☐ Docketing to mail notices.
☐ Mail AO 450 form.
☐ Copy to judge/magistrate judge.

courtroom deputy's initials: JS

Document Number: 100